IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| IN RE:<br><br>LIAM JOSEPH WALSH<br><br>   Debtor | Chapter 13<br>Case No. 16-74188-FJS |
| SPECIALIZED LOAN SERVICING, LLC<br><br>   Movant<br>v.<br><br>LIAM JOSEPH WALSH, and<br>MICHAEL P. COTTER, Trustee<br><br>   Respondents | Ref. Dkt. #53 |

## **CONSENT ORDER TERMINATING AUTOMATIC STAY**

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by Specialized Loan Servicing, LLC ("Specialized"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing Specialized to exercise its rights under applicable law against the Debtor's Property described as:

Daniel K. Eisenhauer, Bar # 85242
Heather D. McGivern, Bar # 91767
Orlans PC
PO Box 2548
Leesburg, Virginia 20177
(703) 777-7101

The land referred to herein below is situated in the county of PORTSMOUTH CITY, State of VA and is described as follows:

ALL THAT PARCEL OF LAND IN CITY OF PORTSMOUTH, COMMONWEALTH OF VIRGINIA, AS MORE FULLY DESCRIBED IN DEED INST # 040010309, ID# 07100650, BEING KNOWN AND DESIGNATED AS:

THAT CERTAIN CONDOMINIUM UNIT KNOWN AS "UNIT NO, 36" IN EGRET COVE, A CONDOMINIUM LOCATED IN THE CITY OF PORTSMOUTH, VIRGINIA, AND AS FURTHER DESIGNATED AND DESCRIBED IN THAT CERTAIN DECLARATION ENTITLED DECLARATION OF CONDOMINIUM OF CENTRE PORT, A CONDOMINIUM", DATED OCTOBER 26, 1095 AND RECORDED NOVEMBER 2, 1995, IN THE CLERKS OFFICE OF THE CIRCUIT COURT OF THE CITY OF PORTSMOUTH, VIRGINIA, IN DEED BOOK 1158, AT PAGE 437; AND AS AMENDED IN DEED BOOK 1193, AT PAGE 794, (HEREINAFTER REFERRED TO AS THE "DECLARATION") TOGETHER WITH ITS APPLICABLE UNDIVIDED INTEREST IN CERTAIN COMMON ELEMENTS, ALL AS MORE PARTICULARLY DESCRIBED AND ALLOCATED IN THE DECLARATION AS AMENDED FROM TIME TO TIME AND MORE PARTICULARLY DESCRIBED AS THAT CERTAIN CONDOMINIUM UNIT LYING, SITUATE AND BEING IN THE CITY OF PORTSMOUTH, VIRGINIA, TOGETHER WITH THE IMPROVEMENTS THEREON AND APPURTENANCES THEREUNTO BELONGING, WHICH IS SHOWN AND DEPICTED ON THAT CERTAIN PLAT ENTITLED MASTER PLAN OF EGRETS COVE A CONDOMINIUM PARCEL 6A, FORMERLY CENTRE PORT II". DATED FEBRUARY 11, 1997, MADE BY BASGIER AND ASSOCIATES, WHICH PLAT IS DULY RECORDED IN THE CLERKS OFFICE OF THE CIRCUIT COURT OF THE CITY OF PORTSMOUTH, VIRGINIA, IN MAP BOOK 17, AT PAGES 14 THROUGH 40.

which has the address of 8 Creekside Ct, Portsmouth, VA 23703 ("Property"), which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property; and it is further

**ORDERED,** that the Movant shall file with this Court an Amended Proof of Claim for the deficiency payment from the sale of collateral within 120 days from the date of the entry of the Consent Order Terminating Automatic Stay or be barred from filing such claim; and it is further

**ORDERED,** that should the property be sold at foreclosure, the Trustee will have no further obligation to pay the Movant.

Date: Jan 30 2020

BY THE COURT:

/s/ Frank J. Santoro

Frank J. Santoro
Chief Judge

Entered on Docket: Jan 31 2020

WE ASK FOR THIS:


  /s/ Heather D. McGivern
Daniel K. Eisenhauer, Bar # 85242
deisenhauer@orlans.com
Heather D. McGivern, Bar #91767
hmcgivern@orlans.com
Orlans PC
PO Box 2548
Leesburg, Virginia 20177
(703) 777-7101



    /s/ Michael J. Heath
Michael J. Heath, Esquire
575 Lynnhaven Parkway, Suite 180
Virginia Beach, VA 23452
Attorney for the Debtor
Re: Case No. 16-74188-FJS


SEEN:

   /s/ Warren A. Uthe, Jr.
Warren A. Uthe, Jr., Esquire
Counsel for Michael P. Cotter, Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
Re: Case No. 16-74188-FJS


### CERTIFICATE OF NECESSARY PARTIES

I hereby certify pursuant to local rule 9022-1 (c) (1) that all necessary parties have endorsed the foregoing proposed order.

  /s/ Heather D. McGivern
Daniel K. Eisenhauer, Esquire
Heather D. McGivern, Esquire

Copies to:

Daniel K. Eisenhauer, Esquire
Heather D. McGivern, Esquire
Attorneys for Movant
Orlans PC
PO Box 2548
Leesburg, Virginia 20177

Liam Joseph Walsh
8 Creekside Court
Portsmouth, VA 23703
Debtor

Michael J. Heath, Esquire
575 Lynnhaven Parkway, Suite 180
Virginia Beach, VA 23452
Attorney for the Debtor

Michael P. Cotter, Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320